o                    UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| STEPHEN K. EUGSTER, | No. CV-06-251-FVS |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| WASHINGTON STATE BAR ASSOCIATION, ET AL, | |
| Defendant. | |

**PLAINTIFF** having filed a Notice of Voluntary Dismissal on October 7, 2006; the Court having reviewed the file and finding no response filed;  Now, therefore

**IT IS HEREBY ORDERED**:

This case is dismissed without prejudice.

**IT IS SO ORDERED:**  The District Court Executive is hereby directed to enter this order, **close** this file and furnish copies to counsel.

**DATED** this ___14th___ day of November, 2006.

                              s/ Fred Van Sickle
                              Fred Van Sickle
                              United States District Judge

ORDER OF DISMISSAL - 1